```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA          *
     Plaintiff,              *
                                    *
vs.                               *       CR. NO. 2:94-20139-D
                                    *
THEODORE MASON                    *
     Defendant.              *

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On May 18, 2007, Theodore Mason appeared before me on a violation of the terms and conditions of probation/supervised release in this matter. Counsel was not present to represent dft Theodore Mason.

Accordingly, defendant Theodore Mason is held before the District Court to show cause why his supervised release should not be revoked by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this __18th__ day of _May____, 2007.

                                                      s/Diane K. Vescovo
                                       UNITED STATES MAGISTRATE JUDGE